**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERTO SAA, | ) | CASE NO. ED CV 09-00505 GAF (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| JAMES A. YATES, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of ALBERTO SAA, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 10, 2010

*Gary Feess*

GARY A. FEESS
UNITED STATES DISTRICT JUDGE